(4)

US ATTY

B-02-197

# RETURN OF SERVICE

| | DATE 10/16/02 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Jodilyn Goodwin | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

United States District Court
Southern District of Texas
FILED

OCT 31 2002

Michael N. Milby
Clerk of Court

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail # 7000 1670 0005 2562 6234

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/16/02
            Date

Signature of Server

1322 E. Tyler Ave. Harlingen, TX 78550
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.