IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 0 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RAUL HERNANDEZ-PANTOJA ) <br> ) <br> Petitioner/Plaintiff ) <br> ) <br> v. ) <br> ) <br> JOHN ASHCROFT, ATTORNEY ) <br> GENERAL OF THE UNITED STATES ) <br> AND CHARLES R. ARENDALE, ) <br> ACTING DISTRICT DIRECTOR OF ) <br> U.S. IMMIGRATION AND ) <br> NATURALIZATION SERVICE ) <br> ) <br> Respondents. ) <br> _____) | CIVIL ACTION NO. <br> B-02-197 |

RESPONDENTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND

COME NOW, the Respondents, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and present this motion for extension of time to respond to the Petition for Writ of Habeas Corpus filed by the Petitioner.

The undersigned, who is responsible for and intimately involved with the case, has recently been rehospitalized and her

doctor has not cleared her to return to work. Therefore, the Respondents respectfully request an extension of time to prepare a proper response. The Return is due on December 20, 2002. The Respondents request a 60-day extension from the date the order is executed granting the request in which to file any responsive pleading.

Petitioner's counsel, Jodi Goodwin, has been contacted regarding this request and expressed she would not be opposed to the extension of time to respond.

Based on the foregoing, the Respondents respectfully request an extension of time to file a Return in this matter until 60 days after the execution of the order granting the request.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Georgia Bar No. 590315
December 18, 2002        Federal Bar No. 23937

2

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Respondents' Unopposed Motion for Extension of Time to Respond was mailed via first class mail, postage prepaid to:

>Jodi Goodwin, Esquire
>1322 E. Tyler Avenue
>Harlingen, Tx  78550

on this 18th day of December, 2002.

_____
LISA M. PUTNAM
Special Assistant United States Attorney

3