United States District Court
Southern District of Texas
FILED

JAN 0 2 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RAUL HERNANDEZ-PANTOJA, )
)
v. )
) CIVIL ACTION NO. B-02-197
JOHN ASHCROFT, UNITED STATES )
ATTORNEY GENERAL, and )
CHARLES R. ARENDALE, ACTING )
DISTRICT DIRECTOR, THE )
IMMIGRATION & NATURALIZATION )
SERVICE, )
)

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

COME NOW, the Respondents, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and hereby files the administrative record of Petitioner RAUL HERNANDEZ-PANTOJA with this Court for review.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
Attorney in Charge
Georgia Bar No. 590315
Federal Bar No. 23937
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Fax: (956) 389-7057

Date: December 31, 2002

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel by depositing a copy of it in the United States mail, first class postage prepaid, to:

    Jodi Goodwin, Esquire
    1322 E. Tyler Ave.
    Harlingen, TX  78550

on this the 31ST day of DECEMBER, 2002.

                        Lisa M. Putnam
                        Special Assistant U.S. Attorney