IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAUL HERNANDEZ-PANTOJA | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | B-02-197 |
| JOHN ASHCROFT, ATTORNEY | ) | |
| GENERAL OF THE UNITED STATES | ) | |
| AND CHARLES R. ARENDALE, | ) | |
| ACTING DISTRICT DIRECTOR OF | ) | |
| U.S. IMMIGRATION AND | ) | |
| NATURALIZATION SERVICE | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Upon consideration of the Unopposed Motion for Extension of Time to Respond filed by the Respondents, the Court finds that the motion for extension of time to respond should be granted.

It is therefore

ORDERED, ADJUDGED AND DECREED that the Respondents will have until 60 days after the execution of this order.

Done this ___ day of January, 2003