UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 8 2003

Michael N. Milby
Clerk of Court

RAUL HERNANDEZ-PANTOJA )
)
) C.A. NO. B-02-197
)
versus )
)
JOHN ASHCROFT, UNITED STATES )
ATTORNEY GENERAL, ET AL. )

**PETITIONER'S RESPONSE TO RESPONDENT'S MOTION TO
TRANSFER AND HOLD IN ABEYANCE**

Petitioner, through counsel, hereby notifies the Court that he has no opposition to this matter being held in abeyance until the companion case, Salazar-Regino v. Trominski, et al. (B-02-045), is fully and finally resolved, including any review by the Fifth Circuit.

Respectfully submitted,

_____
Jodi Goodwin, Esq.
1322 East Tyler Avenue
Harlingen, Texas 78550
956-428-7212
956-428-7360 (fax)
Fed. ID: 20102
Texas Bar No: 00793835

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing response was personally delivered to the SAUSA, Lisa, Putnam, by hand delivery to USINS, 1709 Zoy Street, Harlingen, Texas 78550 on this the 8th day of May, 2003.

_____
Jodi Goodwin, Esq.