UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 9 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RAUL HERNANDEZ-PANTOJA, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | CIVIL ACTION NO. B-02-197 |
| ) | |
| JOHN ASHCROFT, ATTORNEY GENERAL ) | |
| OF THE UNITED STATES, ET AL., ) | |
| ) | |
| Respondents. ) | |
| ) | |
| _____ ) | |

### RESPONDENTS' NOTICE OF INCORRECT CITATION

COME NOW Respondents in the above-captioned case, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and hereby inform the Court that, subsequent to filing the Respondents' Notice of Supplemental Citation, the Respondents received notice that the decision in Flores-Garza v. INS, ___ F.3d ___, 2003 WL 1893262 (5th Cir. April 17, 2003) had been withdrawn by the Fifth Circuit Court of Appeals. However, the decision has been reinstated and the correct citation is: Flores-Garza v. INS, ___ F.3d ___, 2003 WL 1893262 (5th Cir. May 2, 2003).

Since the reinstated decision does not contain any substantive differences, the Respondents' position, as set forth in the Notice of Supplemental Citation, remains unchanged.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

*[signature]*

LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Georgia Bar No. 590315
Federal Bar No. 23937

May 7, 2003

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Respondents' Notice of Incorrect Citation was mailed via first class mail, postage prepaid to:

>Jodi Goodwin, Esquire
>1322 E. Tyler Ave.
>Harlingen, TX 78550

on this 7th day of May, 2003.

_____
LISA M. PUTNAM
Special Assistant United States Attorney