# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III  
CLERK

TEMP. U.S.P.S. ADDRESS: P.O. BOX 610160  
HOUSTON, TX 77208  
COMMERCIAL DELIVERY: ROOM 1216, 515 RUSK ST.  
HOUSTON, TX 77002

TEL. 504-310-7700  
600 CAMP STREET  
NEW ORLEANS, LA 70130

October 5, 2005

Mr Michael N Milby, Clerk  
Southern District of Texas, Brownsville  
United States District Court  
Room 1158  
600 E Harrison Street  
Brownsville, TX 78520

      No. 03-41492 Salazar-Regino v. Trominski  
    USDC No. 1:03-CV-2  
              1:02-CV-228  
              1:02-CV-225  
              1:02-CV-198  
              1:02-CV-197  
              1:02-CV-138  
              1:02-CV-136  
              1:02-CV-114  
              1:02-CV-45

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits to be returned.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____  
Dawn D. Victoriano, Deputy Clerk  
713-250-5440

cc: (letter only)  
    Honorable Hilda G Tagle  
    Ms Lisa S Brodyaga  
    Ms Jodilyn Marie Goodwin  
    Mr Paul Fiorino  
    Ms Margaret J Perry