IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| TEODULO CANTU-DELGADILLO,   )<br>)<br>v.                         )<br>                              )    CIVIL ACTION NO. B-02-114<br>E.M. TROMINSKI, et al.        )<br>_____) | |
| DANIEL CARRIZALOS-PEREZ,      )<br>)<br>v.                         )<br>                              )    CIVIL ACTION NO. B-02-136<br>AARON CABRERA, et al.         )<br>_____) | |
| MANUEL SANDOVAL-HERRERA,      )<br>)<br>v.                         )<br>                              )    CIVIL ACTION NO. B-02-138<br>AARON CABRERA, et al.         )<br>_____ ) | |
| RAUL HERNANDEZ-PANTOJA,       )<br>)<br>v.                         )<br>                              )    CIVIL ACTION NO. B-02-197<br>JOHN ASHCROFT, et al.         )<br>_____ ) | |
| JOSE MARTIN OVIEDO-SIFUENTES  )<br>)<br>v.                         )<br>                              )    CIVIL ACTION NO. B-02-198<br>JOHN ASHCROFT, et al.         )<br>_____ ) | |

```
CESAR LUCIO                     )
                                )
v.                              )    CIVIL ACTION NO. B-02-225
                                )
CHARLES ARENDALE, et al.        )
_____ )

PRAXEDIS RODRIGUEZ-CASTRO,      )
                                )
v.                              )
                                )    CIVIL ACTION NO. B-02-228
AARON CABRERA, et al.           )
_____ )
```

**RESPONDENTS' NON-OPPOSITION TO
PETITIONERS' MOTION TO RETURN CASE TO THE
FIFTH CIRCUIT COURT OF APPEALS**

Respondents' in the above seven cases, consolidated by this Court, hereby notify the Petitioners and this Court that there is no opposition to Petitioners' motion to return the above-captioned cases to the Fifth Circuit Court of Appeals for further proceedings.

                              Respectfully submitted,

                              MICHAEL T. SHELBY
                              United States Attorney
                              Southern District of Texas

                              /s/ Lisa M. Putnam
                              LISA M. PUTNAM
                              Special Assistant U.S. Attorney
                              P.O. Box 1711
                              Harlingen, Texas 78551
                              Tel:  (956) 389-7051
                              Georgia Bar No. 590315
November 4, 2005              Federal Bar No. 23937

CERTIFICATE OF SERVICE

I hereby certify that a true copy of Respondents' Non-Opposition to Petitioners' Motion to Return Case to Fifth Circuit Court of Appeals was electronically served upon Lisa Brodyaga, Esquire, and mailed by first class mail, postage prepaid, to:

>   Jodi Goodwin, Esquire
>   1322 E. Tyler
>   Harlingen, TX  78550

on this 4th day of November, 2005.

>   /s/ Lisa M. Putnam
>   LISA M. PUTNAM
>   Special Assistant United States Attorney