**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

December 0●, 2005

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130

Re: **Raul Hernandez-Pantoja**

vs.

**John Ashcroft, Attorney General Of the United States, et al.**

**CA B-02-197**

Dear Sir:

Pursuant to Administrative Order in accordance with the REAL ID Act dated July 8, 2005, issued by the United States Court of Appeals for the Fifth Circuit, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[X] Certified copy of the Order transferring the case and docket entries.

[X] Record consisting of __1__ Volume(s) of the record; __0__ Volume(s) of the transcript;

[ ] Other:_____

[X] U.S. District Judge entering the order transferring this case is:_____
     **Hilda G. Tagle**

[ ] Court reporter assigned to this case is_____

[X] This case was transferred without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: _____
     Maricela Perez, Deputy Clerk

cc:   File